

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. NOEL VARELA, DEFENDANT(S). | CASE NUMBER 17 096 8:18-cr-00170-AG-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of  Defendant                               , IT IS ORDERED that a detention hearing is set for  July 3                    ,  2018   , at  2:00    ☐a.m. / ☒p.m. before the Honorable  JOHN D. EARLY                          , in Courtroom  6A                   .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  July 2, 2018

U.S. ~~District Judge~~/Magistrate Judge
**JOHN D. EARLY**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1